# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM: Financial Administrator

DATE: 8-11-2009    UC

CASE NAME: Platt

CASE NUMBER: 04-20837

Check Number 644513 in the amount of $ 745.68 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 09264    Intake Clerk's Initials: AL

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

2009 AUG 11 PM 1:14

FILED
US BANKRUPTCY

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

July 31, 2009

John J. Horner, Esquire          OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                        U.S. Courthouse, Room B160
600 Grant Street                             17 South Park Row
Pittsburgh PA 15219                          Erie PA 16501

RE:  GEORGE R. PLATT
     ANNA M. PLATT
Case No.: 04-20837  D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

PA STATE EMPLOYEES CU
POB 67013
HARRISBURG PA
                                                    17106-7013

CHECK NUMBER  644513                AMOUNT $  745.68

The disbursement(s) was returned to the Trustee for the following reason:

_____  a.  Trustee has been unable to locate Creditor.

__X___  b.  Creditor returned funds.

_____  c.  Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-20837 D

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                      Very truly yours,

                                      RONDA J. WINNECOUR
                                      for Standing Chapter 13 Trustee

cc: DENNIS J SPYRA ESQ
    GEORGE R. PLATT
    ANNA M. PLATT
    PA STATE EMPLOYEES CU
    Creditor